# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 5, 2022

Lyle W. Cayce
Clerk

No. 21-30343
Summary Calendar

Cameron Kemp,

*Plaintiff—Appellant*,

*versus*

Carlos Glass-Bradley; Daniel Albrecht; Ryan Holley;
Donald Belanger,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:19-CV-799

---

Before Jones, Haynes, and Oldham, *Circuit Judges*.

Per Curiam:*

Cameron Kemp appeals the district court's order denying two motions for sanctions and a motion to amend his complaint and affirming two orders issued by a magistrate judge. The district court's order did not

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-30343

dispose of any of Kemp's 42 U.S.C. § 1983 claims and was not certified as a final judgment under Federal Rule of Civil Procedure 54(b) or as appealable under 28 U.S.C. § 1292(b).  Because, at the time of that appeal, there was no final and appealable judgment, the appeal is DISMISSED.  *See Askanase v. Livingwell, Inc.*, 981 F.2d 807, 809-10 (5th Cir. 1993) (since that time, a final judgment has been entered, which Kemp appealed and is pending before our court under Case No. 21-30781).  Kemp's motion for extraordinary relief is DENIED.